IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| BIO-MEDIAL APPLICATIONS OF TENNESSEE, INC. d/b/a BMA OF KINGSPORT individually and as ASSIGNEE OF PATIENT, <br><br> Plaintiff, <br><br> v. <br><br> CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS HEALTH AND WELFARE FUND, <br><br> Defendant. | No. 2:08-CV-228 |

## O R D E R

For the reasons stated in the memorandum opinion filed this date, "Defendant's Motion for Judgment on the Administrative Record" [doc. 42] is **DENIED**, defendant's "Motion for Summary Judgment on the Counterclaim" [doc. 44] is **DENIED**, and plaintiff's "Motion for Summary Judgment" [doc. 47] is **GRANTED**. This civil action is **DISMISSED**.

**IT IS SO ORDERED**.

ENTER:

s/ Leon Jordan
United States District Judge

ENTERED AS A JUDGMENT
s/ *Patricia L. McNutt*
PATRICIA L. McNUTT
CLERK OF COURT